UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:06-00067 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| | ) |
| TERRENCE LAMONT BELL | ) |

## MOTION FOR WRIT OF HABEAS CORPUS

Comes the defendant, Terrence Lamont Bell, through counsel, and respectfully represents to the Court that he is indigent and represented by the Office of the Federal Public Defender.

In April, 2013, the U.S. Probation Office requested a writ for violation of supervised release (D.E. 66). Mr. Bell has waited one (1) year to face those allegations. He has contacted the Office of the Federal Public Defender on numerous occasions requesting assistance in this matter.

Counsel respectfully requests that Terrence Lamont Bell, #324394, an inmate being housed at CCA, 5115 Harding Place, Nashville, TN 37211, be brought by the United States Marshals Service to face the pending allegations.

**WHEREFORE**, defendant Terrence Lamont Bell prays that this Honorable Court issue a writ of habeas corpus ad testificandum to the Davidson County Sheriff's Office, Nashville, Tennessee, and the United States Marshal Service requiring them to deliver or to have delivered the body of Terrence Lamont Bell, to the U.S. Marshal's lockup as soon as practicable to face the pending allegations in this matter.