UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:06-00067 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| | ) |
| TERRENCE LAMONT BELL | ) |

## ORDER TO PRODUCE PRISONER AD TESTIFICANDUM

In this matter, it appearing that TERRENCE LAMONT BELL # 324394 is presently confined at CCA, 5115 Harding Place, Nashville, Tennessee, and the court being advised that the Davidson County Sheriff is willing to release said prisoner to the custody of the U.S. Marshal for the purpose of delivering him to the U.S. Marshal's lockup at the Federal Courthouse, 801 Broadway, Nashville, Tennessee, for proceedings in this matter, *set for April 14, 2014 at 4:00pm*

IT IS THEREFORE ORDERED that a United States Marshal proceed to the said institution, take the said prisoner into custody, and deliver him to the U.S. Marshal's lockup to face the pending allegations in the above styled matter, and that, after such proceedings in this matter, the U.S. Marshal shall return the said prisoner to the custody of the said institution.

ENTER:

_____
WILLIAM J. HAYNES, JR.
CHIEF JUDGE, U.S. DISTRICT COURT
4-8-14

APPROVED FOR ENTRY:

_____
DUMAKA SHABAZZ
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, Tennessee 37203-3805
615-736-5047