UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:06-00067 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief Judge, U.S. District Court |
| TERRANCE LAMONT BELL | ) |

## AGREED ORDER

Upon oral agreement of the parties in open court on April 14, 2014, it is hereby ORDERED that:

1) Mr. Bell concede his violations;

2) Mr. Bell serve twenty-four (24) months in the custody of the BOP consecutive to State Case No. 2013-C-1969;

3) Upon serving twenty-four (24) months in custody of the BOP, supervised release will be fully terminated with no further supervision.

IT IS SO ORDERED.

ENTERED this 15th day of April, 2014.

WILLIAM J. HAYNES, JR
Chief Judge, United States District Court

APPROVED FOR ENTRY:

s/ Dumaka Shabazz
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Attorney for Terrance Bell

s/ Brent Hannafan
Brent Hannafan
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government